```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 12195
   AMANDA NADINE PLATT
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-5051


--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 04/01/2005 and was confirmed 05/12/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  14.47% from remaining funds.

     The case was paid in full 03/28/2008.
--------------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------------------
US BANK/RETAIL PAYMENT    SECURED          5141.15        263.32        5141.15
ILLINOIS DEPT OF REVENUE  PRIORITY             .00           .00            .00
LVNV FUNDING LLC          UNSECURED OTH    9490.39           .00        1373.26
CBUSASEARS                UNSECURED       NOT FILED          .00            .00
ECAST SETTLEMENT CORP     UNSECURED        5643.80           .00         816.54
ECAST SETTLEMENT CORP     UNSECURED       12212.03           .00        1766.84
CITICORP                  UNSECURED       NOT FILED          .00            .00
DISCOVER FINANCIAL SERVI  UNSECURED        1671.90           .00         241.89
E TRADE BANK              UNSECURED       NOT FILED          .00            .00
FLEET CREDIT CARD SERVIC  UNSECURED       NOT FILED          .00            .00
GEMB/JC PENNEY            UNSECURED       NOT FILED          .00            .00
GEMB SAMS CLUB            UNSECURED       NOT FILED          .00            .00
GEMB WALMART              UNSECURED       NOT FILED          .00            .00
GOODYEAR                  UNSECURED       NOT FILED          .00            .00
ECAST SETTLEMENT CORP     UNSECURED         236.23           .00          34.18
MARSHALL FIELDS           UNSECURED         329.41           .00          47.66
RNB TARGET                UNSECURED       NOT FILED          .00            .00
WORLD FINANCIAL NETWORK   UNSECURED         388.65           .00          56.23
WORLD FINANCIAL NETWORK   UNSECURED         525.70           .00          76.06
JEFFERSON CAPITAL SYSTEM  UNSECURED        9410.19           .00        1361.47
ECAST SETTLEMENT CORP     UNSECURED        2838.42           .00         410.66
RESURGENT CAPITAL SERVIC  UNSECURED        4918.88           .00         711.66
ROUNDUP FUNDING LLC       UNSECURED         205.04           .00          29.67
ERNESTO D BORGES JR       DEBTOR ATTY     1,794.00                      1,794.00
TOM VAUGHN                TRUSTEE                                         815.41
DEBTOR REFUND             REFUND                                             .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  14,940.00

               PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 12195 AMANDA NADINE PLATT
```

```
PRIORITY                                                                .00
SECURED                                                            5,141.15
      INTEREST                                                       263.32
UNSECURED                                                          6,926.12
ADMINISTRATIVE                                                     1,794.00
TRUSTEE COMPENSATION                                                 815.41
DEBTOR REFUND                                                           .00
                                        ----------------    ----------------
TOTALS                                         14,940.00           14,940.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 06/26/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE